NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HIGH 5 GAMES, LLC,**

*Appellant*

v.

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**

*Intervenor*

---

2020-1024

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00529.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                  HIGH 5 GAMES, LLC v. VIDAL

(2)  Each side shall bear their own costs.

                                        FOR THE COURT

December 21, 2022
        Date                    /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court


**ISSUED AS A MANDATE:** December 21, 2022